```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DOUGLAS MEYERHOFF,                                                    JUDGMENT
                                                                      06-CV-2199 (SLT)
                          Plaintiff,

      -against-                                                       FILED
                                                                      IN CLERKS OFFICE
LOCAL UNION NO. 74 OF THE SERVICE                                     U.S. DISTRICT COURT ED. N.Y:
EMPLOYEES INTERNATIONAL UNION,
AFL-CIO,                                                              ★ SEP 28 2007 ★

                                                                      P.M. _____
                          Defendants.                                 TIME A.M. _____
-----------------------------------------------------------------X
```

A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on September 28, 2007, adopting the Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., dated June 11, 2007; and directing the Clerk of Court to enter judgment in favor of Local 74 dismissing plaintiff's complaint in its entirety; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., is adopted; and that judgment is hereby entered in favor of Local 74 dismissing plaintiff's complaint in its entirety.

Dated: Brooklyn, New York
       September 28, 2007

                                                    s/ RCH
                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court